SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02135-WBS-KJN** |
|         Plaintiff, | ) **ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS** |
|      vs. | ) |
| Joginder Lal, et al, | ) |
|         Defendants | ) |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than December 21, 2011.

Date:  December 1, 2011

*/s/ William B. Shubb/*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE

DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-02135-WBS-KJN- 1