SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff,<br><br>      vs.<br><br>Joginder Lal, et al,<br><br>           Defendants | Case No. **2:11-cv-02135-WBS-KJN**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

   Pursuant to the Stipulation of counsel, IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than January 11, 2012. The **Scheduling Conference** is continued from January 9, 2012 to **January 23, 2012 at 2:00 p.m.**

Date:   December 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-cv-02135-WBS-KJN- 1